UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH RABADI, :
                            Plaintiff, :
v. :
:    **ORDER**
CITY OF YONKERS, MIRIAM E. ROCAH, in :
her official capacity as district attorney for :    21 CV 1258 (VB)
Westchester County, COUNTY AUTO & :
COMMERCIAL TOWING NORTH, INC., :
BRIAN BENDISH, :
                           Defendants. :
--------------------------------------------------------------x

       The Court conducted a status conference today for the purpose of addressing plaintiff's motion for a writ of replevin and defendants' responses thereto, at which counsel for all parties appeared by telephone.

       Accordingly, it is HEREBY ORDERED:

       1.    Plaintiff's application to file a second amended complaint is GRANTED. Plaintiff shall file his second amended complaint by **April 23, 2021**.

       2.    Defendants' deadline to answer, move, or otherwise respond to the first amended complaint is STAYED pending the filing of the second amended complaint.

       3.    Defendants shall answer, move, or otherwise responded to the second amended complaint by **May 7, 2021**.

       4.    By **April 22, 2021**, Mr. McCormick shall write a letter to the Court explaining what efforts the parties have made regarding the return of plaintiff's vehicle and to settle this case.

       5.    In light of the first amended complaint, defendant Rocah's motion to dismiss the complaint is **DENIED AS MOOT**. The Clerk is directed to terminate the motion. (Doc. #18).

Dated: April 15, 2021
       White Plains, NY

                                                    SO ORDERED:

                                                    Vincent L. Briccetti
                                                    United States District Judge