UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH RABADI,
              Plaintiff,

v.

CITY OF YONKERS; COUNTY AUTO &
TOWING NORTH, INC.; A.D.A. BRIAN
BENDISH; AMERICREDIT FINANCIAL
SERVICE, INC. a/k/a AMERICREDIT CORP.
d/b/a GENERAL MOTORS FINANCIAL
COMPANY, LLC; and LOCATION
SERVICES, LLC,
              Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 1258 (VB)

The Court conducted an initial conference today, at which counsel for all partis appeared. The parties discussed, among other things, crossclaims for which no responses have been filed, as well the parties' efforts to settle this matter.

Accordingly, it is HEREBY ORDERED:

1. By May 5, 2022, any party served with a crossclaim in this action shall move, answer, or otherwise respond to that crossclaim.

2. By separate Order, the Court shall refer this case to Magistrate Judge Krause for a settlement conference.

Dated: April 28, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti, U.S.D.J.