UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH RABADI,
           Plaintiff,

v.

CITY OF YONKERS and ADA BRIAN
BENDISH,
           Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 1258 (VB)

    The Court conducted a case management conference today on the record, at which counsel for the parties appeared by telephone. Counsel advised the Court they have reached a settlement in principle in this case.

    Accordingly, it is hereby ORDERED that by November 9, 2022, the parties shall file either a stipulation of dismissal or a further status update.

Dated: October 21, 2022
       White Plains, NY

                                            SO ORDERED:

                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge