UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JOSEPH RABADI,

                                        Plaintiff,

              -against-

CITY OF YONKERS, MIRIAM E. ROCAH, in her official
capacity as DISTRICT ATTORNEY for WESTCHESTER
COUNTY, A.D.A. BRIAN BENDISH, COUNTY AUTO
& COMMERCIAL TOWING NORTH, INC., AMERICREDIT
FINANCIAL SERVICE, INC., a/k/a GENERAL MOTORS
FINANCIAL COMPANY LLC, and LOCATION SERVICES,
LLC.,

                                        Defendants.

---------------------------------------------------------------------X

**JUDGMENT** AS TO CITY
OF YONKERS ONLY
21 Civ. 01258 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/22

        **WHEREAS**, plaintiff Joseph Rabadi commenced this action by filing a complaint on or

about February 12, 2021, alleging that defendant City of Yonkers violated his federal civil rights;

and

        **WHEREAS**, defendant City of Yonkers has denied any and all liability arising out of

plaintiff's allegations; and

        **WHEREAS**, defendant City of Yonkers, served plaintiff with an Offer of Judgment

pursuant to Rule 68 of the Federal Rules of Civil Procedure on November 7, 2022;

        **WHEREAS**, on November 8, 2022; plaintiff accepted the Offer of Judgment, it is

hereby,

        **ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against

Defendant City of Yonkers for the total sum of $25,000.00 in full satisfaction of all claims

against the defendant City of Yonkers herein, said $25,000.00 offer being inclusive of costs,

disbursements, and attorneys' fees in plaintiff's favor.   The judgment is in full satisfaction of all

claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules

of Civil Procedure and is not to be construed as an admission of liability by defendant City of

Yonkers or any official, employee, or agent of the City of Yonkers, or any agency thereof.

Dated:  White Plains, New York
        November 30, 2022

HONORABLE VINCENT BRICCETTI
UNITED STATES DISTRICT JUDGE